**Teri LEDET, as Parent and Natural Tutrix on Behalf of Minor Child, Blake John Ledet**

v.

**ROBINSON HELICOPTER COMPANY; Cenac Marine Services, LLC; Arlen B. Cenac, Jr.; Chet Morrison Contractors, Inc.; Chet Morrison Services, LLC and Chet Morrison Contractors, LLC; and the Succession of Jason McKean**

NO. 2016-00937

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. Mary, 16th Judicial District Court Div. B, No. 125592; to the Court of Appeal, First Circuit, No. 2015 CA 1218;

Denied.

**Rufus BLOW, Jr.**

v.

**ONEBEACON AMERICA INSURANCE COMPANY**

NO. 2016-CC-0954

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. E, No. 2014-3949; to the Court of Appeal, Fourth Circuit, No. 2016-C-0301

Denied.

**Mary JENKINS, Donna Jenkins and Dominique Jenkins**

v.

**Neftali Luevano HERNANDEZ, AG Logistics, LLC, National Fire & Marine Insurance Company, Acord Insurance Company, Cora-Texas Mfg. Co., Inc., Cora Texas Manufacturing Company, LLC, Kendall Taylor, Shelter Mutual Insurance Company, Allstate Insurance Company, ABC Insurance Company, and XYZ Insurance Company**

NO. 2016-CC-0966

Supreme Court of Louisiana.

September 6, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Iberville, 18th Judicial District Court Div. A, No. 74348; to the Court of Appeal, First Circuit, No. 2016 CW 0161;

Denied.